FILED
CLERK, U.S. DISTRICT COURT

02/23/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MATTHEW JOHN MIECHKOWSKI,<br>  aka "Sedictivesoul38,"<br>  aka "Jon,"<br><br>        Defendant. | ED CR No. 5:22-cr-00056-RGK<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about August 6, 2020, and continuing through on or about August 21, 2020, in Riverside County, within the Central District of California, and elsewhere, defendant MATTHEW JOHN MIECHKOWSKI, also known as ("aka") "Sedictivesoul38," aka "Jon," used facilities and means of interstate and foreign commerce, namely, the Internet and a cellular phone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, specifically, a fictional child whom defendant

MIECHKOWSKI believed to be a twelve-year-old girl named "Destiny," to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd and Lascivious Acts Upon a Child Under 14, in violation of California Penal Code Section 288(a), and Arranging a Meeting with a Minor for Lewd Purposes, in violation of California Penal Code Section 288.4(a)(1).

In attempting to commit this offense, defendant MIECHKOWSKI did something that was a substantial step toward committing the offense, including the following acts, among others:

1. On or about August 6, 2020, using his cellular device and Kik account, defendant MIECHKOWSKI exchanged chat messages with an undercover investigator ("UC") who was posing as the minor. Defendant MIECHKOWSKI exchanged the following chat message communications with the UC:

| | |
|---|---|
| Defendant MIECHKOWSKI | Hi |
| UC | Hey |
| Defendant MIECHKOWSKI | What's up? |
| UC | Who's this |
| Defendant MIECHKOWSKI | Jon, your name popped up on my old conversations. I assumed we've talked before haha |
| UC | Oh ok cool asl |
| Defendant MIECHKOWSKI | 31 m usa, you? |
| UC | Almost 13 f California |
| Defendant MIECHKOWSKI | Oh cool, what part of CA? I'm in LA |
| UC | I'm in Riverside |

2. On or about August 11, 2020, using his cellular device, defendant MIECHKOWSKI exchanged text messages with the UC, who was posing as the minor. Defendant MIECHKOWSKI exchanged the following text message communications with the UC:

| | |
|---|---|
| Defendant MIECHKOWSKI | Have you ever seen a guy naked? |
| UC | Like in health class but that's it |
| Defendant MIECHKOWSKI | Ohh ok<br>What did you think about it? |
| UC | Nothing really I wasn't paying close attention in classes |
| Defendant MIECHKOWSKI | Lol |
| UC | Why r u asking |
| Defendant MIECHKOWSKI | Just curious |
| UC | Oh |
| Defendant MIECHKOWSKI | Wondering if it made you want to see in person |
| UC | I might be interested |
| Defendant MIECHKOWSKI | Interested in just looking?<br>Would you touch too? |
| UC | Probably touch. Well maybe depends on who it is |
| Defendant MIECHKOWSKI | What does it depend on? |
| UC | Who is asking me |
| Defendant MIECHKOWSKI | What if it was me? |
| UC | Yeah. |
| Defendant MIECHKOWSKI | Where would you touch? |

| | | |
|---|---|---|
| 1 | UC | Idk, where would you like me to touch? |
| 2 | Defendant MIECHKOWSKI | Wherever you want |
| 3 | | |
| 4 | UC | Ok |
| 5 | Defendant MIECHKOWSKI | You wearing shorts and t-shirt again? |
| 6 | | |
| 7 | UC | Yeah |
| 8 | Defendant MIECHKOWSKI | You have undies on too? |
| 9 | UC | Yeah |
| 10 | | |
| 11 | Defendant MIECHKOWSKI | What color? |
| 12 | UC | Grey |
| 13 | Defendant MIECHKOWSKI | Cute |
| 14 | | |
| 15 | UC | Yeah they are<br>So why did you ask me if I wanted to see you naked |
| 16 | | |
| 17 | Defendant MIECHKOWSKI | Just wondering if you wanted to |
| 18 | UC | Oh. Yeah I do |
| 19 | Defendant MIECHKOWSKI | (Smirk smiley face emoji)<br>Would you let me see you |
| 20 | | |
| 21 | UC | What do you mean |
| 22 | Defendant MIECHKOWSKI | Would you let me see you naked |
| 23 | | |
| 24 | UC | Yeah but not on camera |
| 25 | Defendant MIECHKOWSKI | I know I meant in person[…] |
| 26 | | |
| 27 | Defendant MIECHKOWSKI | Have you touched yourself between the legs? |
| 28 | | |

| | | |
|---|---|---|
| 1 | UC | No. I've never done really anything sexual |
| 2 | | Is that ok |
| 3 | Defendant MIECHKOWSKI | Yeah, you want to? |
| 4 | UC | Want to what |
| 5 | Defendant MIECHKOWSKI | Try sexual things |
| 6 | | |
| 7 | UC | With you? |
| 8 | Defendant MIECHKOWSKI | Or by yourself |
| 9 | | |
| 10 | UC | I guess I was asking if you were asking me to try stuff with you. Sorry I don't read between the lines very well |
| 11 | | |
| 12 | Defendant MIECHKOWSKI | Either I suppose |
| 13 | | Maybe first by yourself? |
| 14 | UC | Yeah I'm on board |
| 15 | Defendant MIECHKOWSKI | You could try it now while you're alone (tongue to the side emoji) |
| 16 | | |
| 17 | UC | Friend is coming over now |
| 18 | Defendant MIECHKOWSKI | Ohh ok |
| | | You could try with your friend lol |
| 19 | UC | Idk if she is into that |
| 20 | Defendant MIECHKOWSKI | Would you be into that? |
| 21 | | |
| 22 | UC | Yeah maybe |
| 23 | Defendant MIECHKOWSKI | You could try kissing or touching her |
| 24 | | |
| 25 | UC | R u trying to work a deal out here lol |
| 26 | Defendant MIECHKOWSKI | Haha what do you mean by that? |
| 27 | | Just trying to suggest how you could have fun with your friend |
| 28 | | |

| | |
|---|---|
| UC | Ok |
| Defendant MIECHKOWSKI | You gonna try it? |
| UC | Maybe |
| Defendant MIECHKOWSKI | You could start by changing your clothes in front of her |
| UC | Good idea |
| Defendant MIECHKOWSKI | But do it slowly and stay naked as long as you can (wink and tongue out emoji) |

3. On or about August 17, 2020, using his cellular device, defendant MIECHKOWSKI exchanged text messages with the UC, who was posing as the minor. Defendant MIECHKOWSKI exchanged the following text message communications with the UC:

| | |
|---|---|
| UC | Yeah true. So why do you really want to hang out? (tongue out to side emoji) |
| Defendant MIECHKOWSKI | Haha I thought I've answered that already! Why do you want to hang out with me?? |
| UC | I mean you talked about talk showers with me and asked if I had sex before then you say you want to eat ice cream and watch movies. So I'm giving you the chance to explain what you want. |
| Defendant MIECHKOWSKI | Lol I just wanna have fun with you whatever you find fun, or wanna try to do<br>Do you like when I talk about sex and showers with you? |
| UC | Yeah I do. But I'm 12 and don't really know what to say or anything. I've never had sex before. Like I told you I've never seen a guy naked in real life |
| Defendant MIECHKOWSKI | But you've seen pics and videos?<br>And there's no pressure, just say whatever's on your mind or how you feel<br>You just wearing shorts and a t-shirt again? |
| UC | Yeah I am |

| | | |
|---|---|---|
| 1 | Defendant MIECHKOWSKI | Nice, sorry for sending mixed signals. I just get hesitant to do the flirty talk because we still don't really know each other |
| 2 | UC | Ok<br>I just kinda wanted to understand what you want is all you know being honest and all that |
| 3 | Defendant MIECHKOWSKI | Yeah I get it<br><br>What are you doing right now? |
| 4 | UC | Cleaning my room |
| 5 | Defendant MIECHKOWSKI | Sounds like fun lol<br>I would help you if I was there<br>You should do it naked (tongue out to side emoji) |
| 6 | UC | Haha. My mom is home today so that would be wierd to clean naked lol |
| 7 | Defendant MIECHKOWSKI | Haha, would you if she wasn't naked?<br>Ughh it's so hot outside! |
| 8 | UC | I might but it would still be weird just cleaning my room naked. Haha |
| 9 | Defendant MIECHKOWSKI | I can picture you blasting music, dancing around your room naked |
| 10 | UC | Haha. Yeah maybe |
| 11 | Defendant MIECHKOWSKI | Would you want to see me naked in person? |
| 12 | UC | Yeah sure that cool be exciting |
| 13 | Defendant MIECHKOWSKI | I would let you touch anywhere you want<br>I wouldn't mind seeing you either |
| 14 | UC | Seeing my clothed? |
| 15 | Defendant MIECHKOWSKI | Lol both, with clothes and without<br>I'd hope to see you clothes when we first meet (tongue out to side emoji)<br>Clothed |
| 16 | UC | Oh ok yeah we could maybe make that happen. Both clothes on and off |

| | |
|---|---|
| Defendant MIECHKOWSKI | You seem to like showing yourself off lol |
| UC | (Two devil emojis) |
| Defendant MIECHKOWSKI | You don't hear me complaining about it (smiley emoji)[…] |
| Defendant MIECHKOWSKI | So you said you've never seen a guy naked in person, does that mean you've watched porn? |
| UC | No never send porn either.<br>Haha I'm so sheltered<br>Have u |
| Defendant MIECHKOWSKI | Haha what do you mean never sent it? |
| UC | Sorry fast typing. I've never seen it. I have my stupid phone |
| Defendant MIECHKOWSKI | Ohh ok, so how have you seen a guy naked? |
| UC | NO I have NEVER seen porn or a guy naked (laughing emoji) |
| Defendant MIECHKOWSKI | Oh lol, I thought you said you had<br>You should look at porn (tongue out to side emoji) |
| UC | I wouldn't ever no where to look (surprised emoji) |
| Defendant MIECHKOWSKI | Lol c'mon you must know how easy it is to find |
| UC | Yes of course I know who the internet works but I mean I would like know what sites are good or not |
| Defendant MIECHKOWSKI | It's pretty easy to find even just on kik |
| UC | What really. I never saw porn on kik at least not in the rooms I was in |
| Defendant MIECHKOWSKI | I guess it isn't there if you aren't looking for it haha […] |
| Defendant MIECHKOWSKI | What are you doing? |

| | | |
|---|---|---|
| 1 | UC | Thinking that it sucks to go back to school |
| 2 | Defendant MIECHKOWSKI | Awww well you get to have some fun before you go back |
| 3 | | |
| 4 | UC | I do?? Like what |
| 5 | Defendant MIECHKOWSKI | With me (tongue out winking emoji) |
| 6 | | |
| 7 | UC | ??? Do what, when how. I have so many questions. Lol |
| 8 | Defendant MIECHKOWSKI | Guess I'll have to answer them in person haha |
| 9 | UC | ???? |
| 10 | Defendant MIECHKOWSKI | Are you wearing a bra and undies under your shorts and shirt? |
| 11 | | |
| 12 | UC | Undies yes bra no. I don't really have boobies yet |
| 13 | Defendant MIECHKOWSKI | Ohh so you usually don't need a bra anyway |
| 14 | | |
| 15 | UC | Yeah<br>Lol |
| 16 | | |
| 17 | Defendant MIECHKOWSKI | You should take your shorts off […] too hot anyway […] what color undies are they? |
| 18 | UC | Gray and white |
| 19 | Defendant MIECHKOWSKI | Cute |
| 20 | | |
| 21 | UC | *sends photo of underwear* |
| 22 | Defendant MIECHKOWSKI | Did you take the shorts off? |
| 23 | | |
| 24 | UC | Yeah that's my underwear |
| 25 | Defendant MIECHKOWSKI | Nice, I'd rather see it on you<br>Spread your legs open and touch your thighs gently |
| 26 | UC | As you said, in person |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Defendant MIECHKOWSKI | I know hehe<br>You can touch yourself now though |
| UC | Maybe |
| Defendant MIECHKOWSKI | Pretend it's me doing it |
| UC | Ok what do I do |
| Defendant MIECHKOWSKI | Touch your thighs going up to your undies<br>Then start to rub the front of your undies |
| UC | I took them off |
| Defendant MIECHKOWSKI | Even better<br>Spread your legs wider |
| UC | Ok |
| Defendant MIECHKOWSKI | Put your fingers between your legs<br>Rubbing just above the hole |
| UC | K |
| Defendant MIECHKOWSKI | How's it feel?<br>Rub a little faster |
| UC | K |
| Defendant MIECHKOWSKI | And around the hole |

       4.   On or about August 20, 2020, using his cellular device, defendant MIECHKOWSKI exchanged text messages with the UC, who was posing as the minor.  Defendant MIECHKOWSKI exchanged the following text message communications with the UC:

| | |
|---|---|
| UC | Lol prob. How about u say what u really want to do and say yes or no before I come here. |
| Defendant MIECHKOWSKI | You mean like kiss and see each other naked? |

| | | |
|---|---|---|
| 1 | UC | Is that's what you want? |
| 2 | Defendant MIECHKOWSKI | Sure as long as you'd want that too. I just don't want you to feel uncomfortable. |
| 3 | | |
| 4 | UC | Ok I'm down |
| 5 | | Why do you only want to see me naked tho. Is that what your into |
| 6 | Defendant MIECHKOWSKI | What do you mean only? I figured that's a good starting place lol |
| 7 | | |
| 8 | UC | Start? |
| 9 | Defendant MIECHKOWSKI | Would you be ok with me touching you? |
| 10 | | |
| 11 | UC | Like I mean I've never had anyone ask to just see me naked in person. So I was just asking. Not trying to put words in your mouth sorry if you thought I was suggesting something. |
| 12 | | |
| 13 | Defendant MIECHKOWSKI | Haha it's cool, you're still learning |
| 14 | | You could touch me too |
| 15 | UC | Yeah sure I'm ok with that our first time |
| 16 | Defendant MIECHKOWSKI | What else are you ok with? |
| 17 | | |
| 18 | UC | I dk |
| 19 | Defendant MIECHKOWSKI | Me touching you between your legs? |
| 20 | | |
| 21 | UC | Like my pussy? |
| 22 | Defendant MIECHKOWSKI | Yeah |
| 23 | UC | Yeah that's cool |
| 24 | Defendant MIECHKOWSKI | Ok |
| 25 | | And if I put a finger inside |
| 26 | UC | Maybe you should try it yourself first |
| 27 | | Your fingers are smaller hehe |
| 28 | | |

| Defendant MIECHKOWSKI | Lol<br>Hey can you come tomorrow instead of today |
|---|---|
| UC | Yeah<br>Got plans?<br>Guess so lol |

    5.   On or about August 21, 2020, defendant MIECHKOWSKI drove from Los Angeles County, California to a Del Taco restaurant in Riverside, California, in order to engage in sexual activity with "Destiny."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 21, 2020, in Riverside County, within the Central District of California, and elsewhere, defendant MATTHEW JOHN MIECHKOWSKI, also known as ("aka") "Sedictivesoul38," aka "Jon," utilizing a Kik account, knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

///

///

The child pornography that defendant MIECHKOWSKI possessed included, but was not limited to, the following videos titled:

(1) Mpegs/aa6a8d68-5719-40b0-b79f-fd49795361c1[13881].mpeg;

(2) Mpegs/0d446ffa-86ba-48c9-aab5-4507f9f96e73[11225].mpeg;

(3) Mpegs/de5e4c42-d44c-4831-884a-81a657853f38[14676].mpeg;

(4) Mpegs/5bf6fe92-d405-4350-8f40-3a78b0e074b5[12510].mpeg; and

(5) Mpegs/7abb8795-c072-433d-a533-63a8aacc2bf7[13073].mpeg.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

KAITLYN B. LASATER
Special Assistant United States Attorney
Riverside Branch Office