July 5, 2023

Honorable Judge R. Gary Klausner
Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

Dear Judge Klausner,

This letter is written on behalf of our son, Matthew John Miechkowski.

Matthew's father, Chester (Chet) Miechkowski, Jr., is originally from Glen Cove, New York. He is a graduate of the Culinary Institute of America and has been a chef for more than 40 years in both New York and Connecticut. His mother, Elizabeth (Missie) Heagney Miechkowski is a Social Worker and has worked for a non-profit agency, Inspirica, in Stamford, CT, for the last nine years helping to house the homeless. We have lived in Cos Cob, CT, a village within the town of Greenwich, for the past 37 years.

Matthew grew up in the house we still live in. He attended Greenwich Public Schools from Kindergarten through 12th grade and graduated from Greenwich High School in 2007. Matthew is a kind, thoughtful, and sensitive human being. He has been a good son, brother, grandson, nephew, cousin, and friend his entire life. Everyone has always had wonderful things to say about him. He has had his challenges as much as anyone but has always managed to meet and overcome them.

Matthew's immediate family consists of his mother (Missie), father (Chet), and sister (Kate). His extended family includes, on his mother's side, an uncle and two cousins. On his father's side, he has a grandmother, an uncle, three aunts and three cousins. When Matthew was born, his maternal grandmother was alive and played a very big part in his life until her death in October 2022.

We have come to understand the specific charges that Matthew has plead guilty to but that was not the case when we first learned of them. We were in total disbelief that our son could have done what he had been accused of. "This is not our son," we repeated to one another. When Matthew finally told us the whole story, we knew how difficult it had been for him to admit the shame and disappointment he had in himself, let alone what he thought of the feelings we might have of him.

Matthew knows that there is no way we would ever give up on him. He has taken all the right steps to begin his rehabilitation. He has admitted his mistakes and taken ownership of them. He recognizes that only he can take those steps but knows that he has the full support of his family and friends who have always known him as a bright spot in their lives.

We remember when he found his niche at a coffee bar in Darien, CT, as a barista. He excelled at the craft of latte art and, after more than a year, had hopes of managing a new store. Unfortunately, that opportunity never came to fruition but he had gained such pride in his work.



Another recollection is when he babysat our neighbors' two sons. The mother, a psychologist, recognized Matthew's ease and enthusiasm with her sons and often commented that Matthew would be a great teacher.

One of our proudest moments was when Matthew developed a successful business in transporting shelter animals to their new homes. He was loved and respected by the animals and rescue workers alike.

What we know and what Matthew knows is that he has an addiction. He knows that the only way to overcome it is to put the work into it. He has researched prisons that focus specifically on drug and sex addiction rehabilitation. We support him fully in this and we are confident that he will overcome this tragic part of his life and be seen once again as the kind, loving, thoughtful, and sensitive person that he has always been.

Thank you for your kind attention.

Sincerely,

Chet & Missie Miechkowski