E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
TRITIA L. YUEN (Cal. Bar No. 255468
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6222
     Facsimile: (951) 276-6202
     Email:    Tritia.Yuen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 22-00056-RGK |
| Plaintiff, | GOVERNMENT'S DECLARATION REGARDING DOCUMENTS FOR RESTITUTION |
| v. | Hearing Date: September 18, 2023 |
| MATTHEW JOHN MIECHKOWSKI, | Hearing Time:  1:30 p.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Tritia L. Yuen, hereby submits the following declaration regarding documents for the

//

//

restitution hearing scheduled in this matter for September 18, 2023.

Dated: September 13, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

           /s/ *Tritia L. Yuen*
TRITIA L. YUEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF TRITIA L. YUEN

I, Tritia L. Yuen, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government and defendant have agreed to a stipulation regarding the appropriate amount of restitution in this matter. The stipulation is attached to this declaration as Exhibit A.

3. On or about September 12, 2023, I communicated with counsel for defendant, Deputy Federal Public Defender Young Kim. DFPD Kim told me that he intends to have defendant sign the document on September 18, 2023, in advance of the restitution hearing in this matter, and submit it to the Court at the hearing.

4. Along with the stipulation regarding restitution, the parties intend to submit a proposed order of restitution to the Court, which is attached to this declaration as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Riverside, California, on September 13, 2023.

_____
TRITIA L. YUEN

# EXHIBIT

# A

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
TRITIA L. YUEN (Cal. Bar No. 255468
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6222
     Facsimile: (951) 276-6202
     Email:    Tritia.Yuen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 22-00056-RGK |
| Plaintiff, | JOINT STATEMENT AND STIPULATION FOR ORDER OF RESTITUTION |
| v. | Hearing Date: September 18, 2023 |
| MATTHEW JOHN MIECHKOWSKI, | Hearing Time:  1:30 p.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Tritia L. Yuen, and defendant Matthew John Miechkowski, both individually and through his counsel of record, Deputy Federal Public Defender Young Kim, hereby file this joint statement and stipulation regarding application restitution in this case:

   1.   On or about November 16, 2022, defendant signed a plea agreement in this case, Case ED CR No. 22-00056-RGK ("plea agreement").  Pursuant to this plea agreement, on November 22, 2022,

defendant entered a plea of guilty to counts three and five of the First Superseding Indictment, which charged him with violations of 18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity, and 18 U.S.C. § 2252A(a)(5)(B), (b)(2): Possession of Child Pornography.

2. The government has received the following restitution requests from the following victims:

| | Victim Identity | Victim's Total Damages | Victim's Requested Restitution |
|---|---|---|---|
| 1 | "Ali" from the "ZooFamily1" Series | | $3,000 |
| 2 | "April" from the "Aprilblonde" Series | $226,375 | $5,000 |
| 3 | "Violet" from the "At School" Series | $758,343.41 - $803,968.41 | $10,000 |
| 4 | "Maria" from the "Best Necklace" Series | $124,072.05 - $149,072.05 | $7,500 |
| 5 | "Jenny" from the "Jenny" Series | (Net Wages & Benefits Loss) $1,653,793 - $2,902,427 (Future Treatment) $100,179 (Loss of Enjoyment of Life) $1,888,153 - $3,776,306 | $3,000 |
| 6 | "Sarah" from the "Marineland1" Series | $2,758,335.28 | $10,000 |
| 7 | "Pia" from the "Sweet White Sugar" Series | $286,000 - $323,000 (future psychological care) and $800,000 (lost earnings) | $5,000 |

| | | | |
|---|---|---|---|
| 8 | "Raven" from the "Teal&PinkPrincess" Series | | $3,000 |
| 9 | "Lily" from the "Vicky" Series | $6,008,536.29 | $10,000 |

3. The government has provided all of the restitution requests that it has received to the defense and has conferred with defense as to the appropriate amount of restitution to be ordered in this case.

4. The parties agree that the individuals listed in the table in paragraph 2 are "victim" in this case, meaning he/she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

5. The parties agree that a reasonable and appropriate amount of restitution to be paid to each of the victims is $3,000.

//

//

3

| | |
|---|---|
| 1 |      6.   No other individuals have made any claims for victim |
| 2 | restitution at this time. |

IT IS SO STIPULATED.

Dated: August 28, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

     /s/ *Tritia L. Yuen*
TRITIA L. YUEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

_____   _____
YOUNG KIM                                                            Date
DEPUTY FEDERAL PUBLIC DEFENDERS
Attorney for Defendant
MATTHEW JOHN MIECHKOWSKI


I have read this joint statement and stipulation and have carefully discussed it with my attorney.


_____   _____
MATTHEW JOHN MIECHKOWSKI                                             Date
Defendant

4

# EXHIBIT

# B

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
TRITIA L. YUEN (Cal. Bar No. 255468)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6222
    Facsimile: (951) 276-6202
    E-mail:   Tritia.Yuen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 22-00056-RGK |
| Plaintiff, | [PROPOSED] ORDER OF RESTITUTION |
| v. | |
| MATTHEW JOHN MIECHKOWSKI, | |
| Defendant. | |

    The Court has read and considered the Joint Statement and Stipulation for Order of Restitution, filed by the parties in this matter on September 18, 2023. The Court hereby finds that the Joint Statement and Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support the following.

    1.   The Court finds that the following individuals listed are "victims" in this case, meaning he/she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

2. The Court finds that a reasonable and appropriate amount of restitution to be paid to each of the victims is $3000, and orders payment of $3,000 in restitution to each victim.

3. All restitution payments shall be made, in trust, for victim "Ali," to: "Moore & Van Allen in trust for Ali of ZooFamily1" and sent to:

 Moore & Van Allen PLLC
 Attn: Sarah Byrne/049549.1
 100 N. Tryon Street, Suite 4700
 Charlotte, NC 28202

4. All restitution payments shall be made, in trust, for victim "April" to: "Restore the Child in Trust for April" and sent to:

 Restore the Child, PLLC
 2522 N. Proctor St, Ste 85
 Tacoma, Washington, 98406

5. All restitution payments shall be made, in trust, for victim "Violet" of the "At School" series to: "Carol L. Hepburn I/T/F Violet" and sent to:

 P.O. Box 17718
 Seattle, Washington, 98127

//
//

6. All restitution payments shall be made, in trust, for victim "Maria" of the "Best Necklace" series to: "Carol L. Hepburn I/T/F/ Maria" and sent to:

    P.O. Box 17718

    Seattle, Washington, 98127

7. All restitution payments shall be made, in trust, for victim "Jenny" of the "Jenny" series to: "Marsh Law Firm PLLC in trust for Jenny" and sent to:

    Marsh Law Firm PLLC

    ATTN: Jordan

    P.O. Box 4668 #65135

    New York, New York, 10163-4668

8. All restitution payments shall be made, in trust, for victim "Jane" of the "CinderBlockBlue" series to: "Marsh Law Firm PLLC in trust for Jane" and sent to:

    Marsh Law Firm PLLC

    ATTN: Jane

    P.O. Box 4668 #65135

    New York, New York, 10163-4668

9. All restitution payments shall be made, in trust, for victim "Sarah" of the "Marineland1" series to: "Carol L. Hepburn I/T/F Sarah" and sent to:

    P.O. Box 17718

    Seattle, Washington, 98127

//

//

10. All restitution payments shall be made, in trust, for victim "Pia" to: "Deborah A. Bianco, in trust for Pia" and sent to:

  PO Box 6503

  Bellevue, WA 98008

11. All restitution payments shall be made, in trust, for victims "Raven" of the "Teal&PinkPrincess" series to: "Marsh Law Firm PLLC in trust for Raven" and sent to:

  Marsh Law Firm PLLC

  ATTN: Raven

  P.O. Box 4668 #65135

  New York, New York, 10163-4668

12. All restitution payments shall be made, in trust, for victim "Lily" of the "Vicky" series to: "Carol L. Hepburn I/T/F Lily" and sent to:

  P.O. Box 17718

  Seattle, Washington, 98127

13. No other individuals have made any claims for victim restitution at this time.

IT IS SO ORDERED.

_____                    _____
 DATE                                              HONORABLE R. GARY KLAUSNER
                                                   UNITED STATES DISTRICT JUDGE


Presented by:

    /s/
_____
 TRITIA L. YUEN
 Assistant United States Attorney

4